IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DIRECTV, LLC, a California
Limited Liability Company                                                                    PLAINTIFF

V.                                            CASE NO. 14-CV-4113

JESUS MONTES and RAY ABERNATHY,
Individually, and as officers, directors, shareholders,
principals, managers and/or members of NELLY's .
LLC, d/b/a LA FOGATA OF GENOA,
a/k/a LA FOGATA; and NELLY's LLC,
d/b/a LA FOGATA OF GENOA,
a/k/a LA FOGATA                                                                              DEFENDANTS

## ORDER

Before the Court is a Motion for Partial Dismissal filed by Plaintiff. ECF No. 18. Plaintiff moves to dismiss two defendants from this case: Ray Abernathy and Nelly's LLC. No party has responded to the motion, and the time for response has passed. The motion is ripe for the Court's consideration.

Upon consideration, the Court finds that the Motion for Partial Dismissal should be and hereby is **GRANTED**. Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff's claims against Ray Abernathy and Nelly's LLC are hereby **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED, this 20th day of May, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge